```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
ex rel. SW CHALLENGER, LLC,           :
                                      :   19 Civ. 2501 (VM)
            Plaintiffs,               :
                                      :
       - against -                    :   ORDER
                                      :
EVICORE HEALTHCARE MSI, LLC,          :
                                      :
            Defendant.                :
                                      :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Clerk of Court is directed to unseal the above-captioned case.

**SO ORDERED.**

Dated:   New York, New York
         10 June 2020

_____
Victor Marrero
U.S.D.J.