```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
*ex rel.* SW CHALLENGER, LLC,

            Plaintiffs,

v.

EVICORE HEALTHCARE MSI, LLC,

            Defendant.

CASE No.: 1:19-cv-02501-VM

[~~PROPOSED~~] ORDER FOR LEAVE TO FURTHER AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT

---

VICTOR MARRERO, United States District Court Judge:

WHEREAS, Plaintiff (the "Movant") has moved by Notice of Motion supported by Movant's Brief for an order, pursuant to Fed. R. Civ. P. 15(a)(2), granting leave for Plaintiff, SW Challenger, LLC ("SW Challenger"), to:

1)     Further Amend the First Amended Complaint

Upon consideration of Movant's motion and supporting papers, all responsive submissions thereto, and all other materials submitted to the Court, it is hereby:

ORDERED, that SW Challenger may:

1)     File a Second Amended Complaint.

Dated: New York, New York
       September 23, 2020

                                    SO ORDERED.

                                    _____
                                    Victor Marrero
                                    U.S.D.J.