**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/22
```

UNITED STATES OF AMERICA, et al., ex rel.
SW CHALLENGER, LLC, et al.,

                     Plaintiffs,

    -against-

EVICORE HEALTHCARE MSI, LLC,

                     Defendant.

**19 Civ. 2501 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On August 13, 2021, the Court granted defendant eviCore Healthcare MSI, LLC's motion to dismiss the Second Amended Complaint ("SAC") from plaintiff relator SW Challenger, LLC, on behalf of the United States and several individual states (collectively, "Relators") (See Dkt. No. 44.) Although Relators already amended the complaint twice, the Court granted leave for the Relators to further amend the SAC, since they were now apprised of the deficiencies addressed in the Court's Order. (Id.) The public docket contains no further entries, and the Court has not received any other communications from the parties.

    **IT IS HEREBY ORDERED** that within seven (7) days, the parties shall provide the Court with an update on the status of this litigation and the contemplation of any further proceedings. In the event no timely response to this Order is submitted, the Court

may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated: January 31, 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.