USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA, et al., ex rel.
SW CHALLENGER, LLC, et al.,

                    Plaintiffs,

    -against-

EVICORE HEALTHCARE MSI, LLC,

                    Defendant.

**19 Civ. 2501 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On August 13, 2021, the Court granted defendant eviCore Healthcare MSI, LLC's ("Defendant") motion to dismiss the Second Amended Complaint ("SAC") from plaintiff relator SW Challenger, LLC, on behalf of the United States and several individual states (collectively, "Relators") (Dkt. No. 44.) The Court granted leave for the Relators to further amend the SAC. (Id.) On February 7, 2022, Relators notified the Court they do not intend to replead and request final judgment be entered so they may effectuate an appeal. (Dkt. No. 46.)

**IT IS HEREBY ORDERED**, in accordance with the Court's August 13, 2021, Decision and Order (Dkt. No. 44), the Clerk of Court is directed to terminate all pending motions and enter final judgment in favor of eviCore Healthcare MSI, LLC.

**SO ORDERED.**

Dated: February 8, 2022
      New York, New York

                                            Victor Marrero
                                              U.S.D.J.