**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA, et al., ex rel.
SW CHALLENGER, LLC, et al.,

                      Plaintiffs,

-against-                                19 **CIVIL** 2501 (VM)

                                             **JUDGMENT**

EVICORE HEALTHCARE MSI, LLC,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2022, the Court granted defendant eviCore Healthcare MSI, LLC's motion to dismiss the Second Amended Complaint ("SAC") from plaintiff relator SW Challenger, LLC, on behalf of the United States and several individual states. The Court granted leave for the Relators to further amend the SAC. On February 7, 2022, Relators notified the Court they do not intend to replead and request final judgment be entered so they may effectuate an appeal. In accordance with the Court's August 13, 2021, Decision and Order, final judgment is entered in favor of eviCore Healthcare MSI, LLC.

**Dated:**  New York, New York

       February 10, 2022

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                **BY:**    *K. Mango*
                                                    **Deputy Clerk**