UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* SW CHALLENGER, LLC, JANE DOE 1, and JANE DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>EVICORE HEALTHCARE MSI, LLC,<br><br>Defendant. | NOTICE OF APPEAL<br><br>No. 19 Civ. 2501 (VM) |

Notice is hereby given that SW Challenger, LLC; Jane Doe 1; and Jane Doe 2, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on February 10, 2022 (ECF No. 49), dismissing the Second Amended Complaint (ECF No. 15) in accordance with the Decision and Order entered on August 13, 2021 (ECF No. 44) and the Order entered on February 8, 2021 (ECF No. 48).

Dated this 14th day of March, 2022

                                                      SEEGER WEISS LLP
                                                      By: /s/ *Stephen A. Weiss*
                                                      55 Challenger Rd, 6th Floor
                                                      Ridgefield Park, N.J.  07660
                                                      Telephone: (973) 639-9100
                                                      sweiss@seegerweiss.com
                                                      *Attorneys for Plaintiffs*

                                                      STONE & MAGNANINI LLP
                                                      By: /s/ *David S. Stone*
                                                      David S. Stone
                                                      400 Connell Drive, Suite 6200
                                                      Berkeley Heights, NJ 07922
                                                      Telephone: (973) 218-1111
                                                      dstone@stonemagnalaw.com

CERTIFICATE OF SERVICE

I do hereby certify that, on March 14, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served on all counsel of record through the Court's CM/ECF system.

*/s/ Stephen A. Weiss*
Stephen A. Weiss